UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RANDALL ULBRICHT, individually and on behalf of
all others similarly situated,

                Plaintiff,

       v.

TERNIUM S.A.; DANIEL AGUSTIN NOVEGIL;
MAXIMO VEDOYA; PABLO BRIZZIO; and
PAOLO ROCCA;

               Defendants.
-------------------------------------------------------------X

JUDGMENT

18-CV-6801 (PKC) (RLM)

     A Memorandum and Order of the Honorable Pamela K. Chen, United States District

Judge, having been filed on September 14, 2020, granting Defendants' motion to dismiss in full;

granting Plaintiffs' motion for leave to amend the complaint; granting Plaintiff's until November

13, 2020 to file a Second Amended Complaint; and an Order having been filed on November 17,

2020, dismissing this action with prejudice; it is

     ORDERED and ADJUDGED that Defendants' motion to dismiss is granted in full; and

that this action is dismissed with prejudice.

Dated: Brooklyn, New York
      November 18, 2020

                                     Douglas C. Palmer
                                     Clerk of Court

                    By:    */s/Jalitza Poveda*
                            Deputy Clerk